DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

13 JUNE 2012

| 532P06-2 | State v. Johnnie Dee Allen | Def's *Pro Se* Motion for PDR (COAP11-170) | Dismissed |
|---|---|---|---|
| 532P11 | State v. Douglas Harold McMickle | Def's PDR Under N.C.G.S. § 7A-31 (COA11-215) | Denied |
| 545P11 | State v. Jason Thomas Dail | 1. State's PDR Under N.C.G.S. § 7A-31 (COA11-384)<br><br>2. Def's Conditional PDR as to an Additional Issue | 1. Denied<br><br>2. Dismissed as Moot |
| 550P11 | State v. Tawaunn Grady Jackson | 1. Def's NOA Based Upon a Constitutional Question (COA11-70)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss NOA | 1. - - -<br><br>2. Denied<br><br>3. Allowed |
| 551P11 | Terri Ginsberg v. Board of Governors of the University of North Carolina | Plt's PDR Under N.C.G.S. § 7A-31 (COA11-506) | Denied |
| 580P05-4 | In re: David Lee Smith | 1. Def's *Pro Se* Petition for *Writ of Mandamus* (COAP12-176)<br><br>2. Def's *Pro Se* Petition for Writ of Mandamus | 1. Denied<br><br>2. Denied |